Argued and submitted November 22, reversed and remanded December 14, 2005

## STATE OF OREGON,
*Appellant,*

*v.*

## MARIE ELAINE SIEMER,
*Respondent.*

040173M; A125603

124 P3d 1256

Doug M. Petrina, Assistant Attorney General, argued the cause for appellant. With him on the brief were Hardy Myers, Attorney General, and Mary H. Williams, Solicitor General.

Neil C. Morey waived appearance for respondent.

Before Landau, Presiding Judge, and Schuman, Judge, and Deits, Judge pro tempore.

PER CURIAM

Reversed and remanded. *State v. Norman*, 203 Or App 1, 125 P3d 15 (2005).